# Court of Appeals
# of the State of Georgia

ATLANTA, __May 07, 2014__

*The Court of Appeals hereby passes the following order:*

**A14D0335.  ROBERT BAEZ v. THE STATE.**

On January 2, 2014, the trial court entered an order denying Robert Baez's request to proceed in forma pauperis. On April 15, 2014, Baez filed this application for discretionary appeal. Pursuant to OCGA § 5-6-35 (d), an application for discretionary appeal must be filed within 30 days of entry of the order to be appealed. The requirements of OCGA § 5-6-35 are jurisdictional, and we cannot accept an application not made in compliance therewith. See *Crosson v. Conway*, 291 Ga. 220, 220-221 (1) (728 SE2d 617) (2012); *Moulder v. Reilly*, 226 Ga. App. 608 (487 SE2d 142) (1997). Baez filed his application 103 days after entry of the order he seeks to appeal. The application is untimely, and it is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __05/07/2014__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*